AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

FILED
AUG 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA
V.

KELVIN KAMARA
AKA KELVIN ONWUEGBUCHULAM OKOGBU
AKA SAIDU MUHAMMED

**WARRANT FOR ARREST**

CASE NUMBER: 06 - 125 - M - 01

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest KELVIN KAMARA AKA KELVIN ONWUEGBUCHULAM OKOGBU AKA SAIDU MOHAMMED

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

Indictment   ☐ Information   X Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

transmitting interstate and foreign commerce communications containing demands and requests for ransom or a reward for the release of a kidnaped person– to wit, Jill Carroll, a United States citizen being held hostage in Iraq and having devised a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, transmitting and causing to be transmitted by means of wire communications in interstate and foreign commerce writings and sounds for the purpose of executing such scheme and artifice

in violation of Title 18, United States Code, Section(s) 875; 1343

JOHN M. FACCIOLA                         JOHN M. FACCIOLA
U.S. MAGISTRATE JUDGE                    U.S. MAGISTRATE JUDGE
Name of Issuing Officer                  Title of Issuing Officer

[signature]                              MAR 1 6 2006
Signature of Issuing Officer             Date and Location

Bail fixed at $ _____    by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 3/16/06 | Stephenie Owens Deputy US Marshal | [signature] |
| DATE OF ARREST 8/28/06 | | |