UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. |
| | : | |
| v. | : | Mag. No. 06-125 |
| | : | |
| KELVIN KAMARA, | : | 18 U.S.C. § 875(a) |
| also known as Kelvin Onwuegbudhalam | : | (Transmitting Ransom Demands |
| Okogbu, | : | in Interstate and Foreign Commerce) |
| also known as Saidu Mohammed, | : | |
| | : | |
| Defendant. | : | |

## INFORMATION

The United States charges:

Between on or about February 12, 2006, through on or about March 16, 2006, in the District of Columbia and elsewhere, the defendant, **KELVIN KAMARA**, willfully and knowingly and with the intent to extort the sum of $2 million from *The Christian Science Monitor*, did transmit in interstate and foreign commerce communications containing demands and requests for $2 million as ransom and reward for the release of Jill Carroll, who had been kidnaped and was then being held for ransom and reward.

(**Transmitting Ransom Demands in Interstate and Foreign Commerce**, in violation of Title 18, United States Code, Section 875(a))

KENNETH L. WAINSTEIN
D.C. Bar No. 451058
United States Attorney

By: _____
JAY I. BRATT

Assistant United States Attorney
Illinois Bar No. 6187361
National Security Section
555 4th Street, NW
Room 11-437
Washington, D.C. 20530
(202) 353-3602
jay.bratt@usdoj.gov