AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF Columbia

UNITED STATES OF AMERICA
V.
Kelvin Kamara

WAIVER OF INDICTMENT

CASE NUMBER: 06-279

**FILED**
SEP 29 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Kelvin Kamara__, the above named defendant, who is accused of Transmitting Ransom Demands in Interstate and Foreign Commerce

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __September 29, 2006__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Kelvin Kamara_
Defendant

_[signature]_
Counsel for Defendant

Before _Rosemary M. Colyer_
Judicial Officer

29 Sept 2006