UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 06-279 ~~06-125M~~ (JMF) |
| v. : | |
| KELVIN KAMARA, : | **FILED** |
| also known as Kelvin Onwuegbuchalam : | SEP 2 9 2006 |
| Okogbu, : | NANCY MAYER WHITTINGTON, CLERK |
| also known as Saidu Mohammed, : | U.S. DISTRICT COURT |
| Defendant. : | |

### FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

On January 7, 2006, armed gunmen in Iraq kidnaped Jill Carroll. At the time of her abduction, Carroll, a United States citizen, was working as a freelance journalist for *The Christian Science Monitor* (the "*Monitor*"). Soon after the kidnaping, Carroll's captors began making threats to kill her if their demands – which included the release of prisoners and the payment of money – were not met.

During this time, the defendant, Kelvin Kamara, was residing in the Federal Republic of Germany. On February 12, 2006, Kamara, using the name Saidu Mohammed and the e-mail address of saidu_mhmmd@yahoo.com, sent an e-mail to David Cook, the *Monitor*'s Washington bureau chief, stating:

> i can give you informations (sic) to secure the release of jill carroll, i am mujaheeden and i can give every information that can lead to securing her release . . . . i am impatiently waiting to read from you for further directives and negotiations . . . . saidu mohammed

In truth and in fact, Kamara was not a mujahadeen, nor did he have any connection with Carroll's kidnapers. He sent the e-mail from Germany.

Cook replied to Kamara's e-mail and requested additional details on what he needed to do to do to secure Carroll's release. On February 13, 2006, Kamara, again using the saidu_mhmmd@yahoo.com e-mail account, responded to Cook, stating:

> i need to have personal contact with you . . . give me your contact number . . . the intent is to kill jill so as to tell america we are not playing . . . send me your number now so i can call you, i will be leaving for germany tomorrow . . . i will be calling you from there and that will give me time to negotiate with you.

Cook responded with an e-mail that provided Kamara with his work and cell phone numbers.

On February 14, 2006, Kamara, continuing to pose as Saidu Mohammed, sent Cook another e-mail message, stating:

> at the moment jills (sic) life is in serious danger so i had to abort my trip to germany ... jill is about to be smuggled to the mujaheeden camp in syria where she will undoubtedly be executed .. the plans (sic) is to kill her before the expiration of the deadline, but i am doing everything to ensure the decision is delayed...I spoke with jill .... she promised to assist me go (sic) with her to america if i help get her free ... so to ensure this i had to motivate two other brigades who must (sic) have to help me ... the other two brigades who are secretly working with me are demanding a ransom ... you can raise two million dollars or else jill is likely to become history, this is what the other two brigades are demanding in other (sic) to betray the mujaheeden.... we don't (sic) have much time left ... reply immediately so i know when this money will be available.

Cook replied to this communication from Kamara with an e-mail in which he offered to provide Kamara with $1 million upon receipt of proof that Kamara had access to Carroll. Cook promised to pay the remaining $1 million upon Carroll's release.

On February 16, 2006, Kamara sent Cook another e-mail, stating:

> because i sensed (sic) you do not trust me, and just to tell you i do not need this money ... i only needed (sic) this fund (sic) to settle two brigades who must help me sneak jill out on Sunday ... there is every possibility to sneak jill and drive her to the green zone on Sunday ... make consultation with whoever you have to so you could be able to transfer this money .. you have to assist me in doing this ... so i will be expecting to read from you and get to know when you will transfer the one million as you have proposed, there is need for absolute urgency as her life in in (sic) great danger now. saidu mohammed

Three days later, on February 19, 2006, Kamara sent Cook yet another e-mail, writing:

i had to attend to the numerous assignment that brought me to germany ...i read your subsequent mails... i would have to leave with a midnight flight back to baghdad today ... i will be seeing jill tomorrow ... the mujaheeden intends to kill her before the deadline ... i would suggest a transfer of this money tomorrow and by Wednesday jill will be in the hands of the american army. saidu mohammed

Later that same day, Kamara called Cook. He identified himself as "Saidu" and told Cook that he was about to leave Germany to return to Baghdad. Kamara said that he would provide Cook with the number of a bank account into which Cook should transfer the ransom money. During this call, Kamara told Cook that time was short and that Cook needed to send the money as quickly as possible.

Cook responded to Kamara's phone call with an e-mail in which he proposed to send an assistant to Frankfurt, Germany, who would bring $1 million to transfer to Kamara after receiving proof that Carroll was still alive. On February 20, 2006, Kamara, continuing to pose as Saidu Mohammed, called Cook and told him that he would be sending a bank account number to facilitate the transfer of the $1 million. Kamara also claimed that Carroll was still alive.

On February 24, 2006, an FBI agent, Charles Price, was in Germany, playing the role of Cook's assistant. That same day, Cook sent Kamara an e-mail informing him where and when in Germany he could meet the assistant. He also provided Kamara with the assistant's (Price's) German cell phone number. In addition, Cook told Kamara that the assistant would be able to transfer $1 million. Later that same day, Kamara called Cook and told him that he would try to contact the assistant on the latter's cellular phone. Kamara further informed Cook, "I will try to reach your associate . . . I have no time . . . Jill is in danger . . . I will check the e-mail and call your associate."

Kamara did not contact Special Agent Price at the designated time and place. On February 25, 2006, Kamara called Cook and told him that he had been trying to call the assistant, but that no one had answered the assistant's cell phone. Equipment that the FBI was using to monitor Kamara's phone calls revealed that he was calling from the following German telephone number: 491706796692. Electronic monitoring of the German cell phone that Special Agent Price was using revealed that, beginning on the evening of February 24, 2006, through February 26, 2006, Kamara made ten phone calls to Agent Price's German number.

The German police were able to trace the telephone number 491706796692 to a cell phone that Kamara was using. Through electronic monitoring, the German police were able to determine that Kamara was making phone calls on the cell phone from an apartment at Bernhardstrasse 5, Muenster Germany. The German police were also able to learn that e-mails from saidu_mhmmd@yahoo.com were emanating from a personal computer at the same apartment at Bernhardstrasse 5, Muenster, Germany.

On March 16, 2006, pursuant to a letter rogatory request from the U.S. Attorney's Office for the District of Columbia, the German police executed a search warrant at the apartment at Bernhardstrasse 5, Muenster, Germany, where the police had previously concluded that Kamara was staying.. Kamara was in the apartment when the German police executed the warrant. Shortly after the German police secured the apartment, they called the telephone number 491706796692. The phone rang in the apartment. The German police inquired as to who owned the phone that was ringing. Kamara answered that the phone was his. The German police also seized and searched a computer that they found at the apartment on Bernhardstrasse in Muenster. The search of the computer revealed that it was the source of several of the e-mails that Kamara

-4-

had sent Cook using the e-mail account of saidu_mhmmd@yahoo.com.

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed this Factual Proffer in Support of Guilty Plea fully with my attorney, Lara Quint. I agree, and acknowledge by my signature, that this proffer of fact is true and accurate for the purpose of the plea of guilty in this case.

Date: 9/29/06                                      _Kelvin Kamara_
                                                   Kelvin Kamara
                                                   Defendant

Date: 9/29/06                                      _[signature]_
                                                   Lara Quint, Esq.
                                                   Attorney for Kelvin Kamara