# EXHIBIT 2

Dear Assistant U.S. Attorney Bratt:

I am writing in reference to the case of Kelvin Kamara, case number 06-125-M-01. During the time that Christian Science Monitor correspondent Jill Carroll was being held hostage in Iraq, Mr. Kamara sent me emails and phone calls asserting that he had access to Jill and that in return for payment of $2 million ($1 million up front) he would secure Jill's release.

As you can imagine, Mr. Kamara's attempts to extort money from The Christian Science Monitor for Jill's release were a major distraction from our efforts, working with the US government, to secure her release. His activities caused the Federal Bureau of Investigation to divert resources to determine whether his assertions were fact based. His activities also caused the expenditure of considerable time and effort by members of the Monitor staff to determine if he could assist us in affecting Jill's release. His claims also added to the emotional burden on Jill's family.

We appreciated the assistance we received from the FBI in dealing with Mr. Kamara. We hope that he will be punished so that others are dissuaded from interfering in the resolution of kidnapping cases.

Sincerely,

David Cook

Senior Editor

The Christian Science Monitor